DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRONE TERRANCE ROBERTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1790

[December 17, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312010CF001562A.

Tyron Terrance Roberts, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***